IN RE **Pimienta, Marcos & Pimienta, Ingrid** _____ Case No. _____
                          Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10040107023313007**<br>**American General Finan**<br>**2543 Via Campo**<br>**Montebello, CA  90640-1806** | | C | | | | | 3,858.00 |
| Account No. **010723313007**<br>**American General Finance Service**<br>**1230 Commerce Center Dr**<br>**Lancaster, CA  93534-5840** | | C | 2004<br>Credit Card | | | | 176.00 |
| Account No. **2601187887008**<br>**Ballys**<br>**12440 Imperial Hwy Ste 3**<br>**Norwalk, CA  90650-3177** | | W | | | | | 706.00 |
| Account No. **8119860000011433**<br>**C B Santa Monica Bay D**<br>**PO Box 980**<br>**Santa Monica, CA  90406-0980** | | W | | | | | 273.00 |
| Account No.<br>**Pediatric Management Group** | | | Assignee or other notification for:<br>**C B Santa Monica Bay D** | | | | |

__**3**__ Continuation Sheets attached

Subtotal (Total of this page)  **5,013.00**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pimienta, Marcos & Pimienta, Ingrid** Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S99009169**<br>**Ca Stu Aid**<br>**POB 510623 1515 S STREET #500**<br>**Sacramento, CA  94245** | | **W** | **Installment account opened 11/04**<br>**Student loan** | | | | **1,983.00** |
| Account No. **S99009170**<br>**Ca Stu Aid**<br>**POB 510623 1515 S STREET #500**<br>**Sacramento, CA  94245** | | **W** | **Installment account opened 11/04**<br>**Ca Student loan** | | | | **625.00** |
| Account No. **486236238547**<br>**Capital 1 Bk**<br>**11013 W Broad St**<br>**Glen Allen, VA  23060-5937** | | **W** | | | | | **552.00** |
| Account No. **504994805525**<br>**Cbusasears**<br>**PO Box 6189**<br>**Sioux Falls, SD  57117-6189** | | **C** | | | | | **467.00** |
| Account No. **9382012608**<br>**Crescent Jwl**<br>**315 11th St**<br>**Oakland, CA  94607-4215** | | **H** | **Installment account opened 7/98** | | | | **66.00** |
| Account No. **1523009777291540**<br>**Fnanb/circuit City**<br>**225 Chastain Meadows Ct NW**<br>**Kennesaw, GA  30144-5841** | | **C** | | | | | **1,097.00** |
| Account No. **31982454**<br>**Ford Motor Credit Corporation**<br>**PO BOX BOX 542000**<br>**Omaha, NE  68154** | | **C** | **Auto deficiency** | | | | **27,000.00** |

Sheet _____**1**_____ of _____**3**_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **31,790.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pimienta, Marcos & Pimienta, Ingrid**  Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **601859621065**<br>**Gemb/oldnavy**<br>**PO Box 981400**<br>**El Paso, TX  79998-1400** | | C | | | | | **592.00** |
| Account No. **504662021929**<br>**Gemb/whitehall**<br>**PO Box 276**<br>**Dayton, OH  45401-0276** | | W | | | | | **253.00** |
| Account No. **517669001455**<br>**Hsbc Nv**<br>**PO Box 98706**<br>**Las Vegas, NV  89193-8706** | | H | | | | | **1,545.00** |
| Account No. **2519940000002**<br>**Kaiser Federal**<br>**1359 N Grand Ave Ste 200**<br>**Covina, CA  91724-1016** | | W | | | | | **1,845.00** |
| Account No. **00000000022384012**<br>**La Popular/stone Bros**<br>**2110 W Sunset Blvd**<br>**Los Angeles, CA  90026-3125** | | C | | | | | **6,124.00** |
| Account No. **00000000022384014**<br>**La Popular/stone Bros**<br>**2110 W Sunset Blvd**<br>**Los Angeles, CA  90026-3125** | | C | | | | | **1,487.00** |
| Account No. **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**<br>**Los Angeles Treasurer/Tax Collector**<br>**Collections Services Div**<br>**225 North Hill Street Room 109**<br>**Los Angeles, CA  90012** | | C | **Cash Aid**<br>**Case I.D. 10391024** | | | | **755.00** |

Sheet _____**2**_____ of _____**3**_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **12,601.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pimienta, Marcos & Pimienta, Ingrid** _____ Case No. _____
                               Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C8192405005** <br> **Lowes/mbga** <br> **PO Box 103065** <br> **Roswell, GA  30076-9065** | | H | | | | | **382.00** |
| Account No. **4402145816020** <br> **Macy's Department Store** <br> **9111 Duke Blvd** <br> **Mason, OH  45040-8999** | | C | | | | | **1,005.00** |
| Account No. <br> **Mercury Insurance** <br> **PO Box 1150** <br> **Brea, CA  92822-1150** | | C | Subrogation claim <br> auto accident case | | | | **5,000.00** |
| Account No. **8060525915605** <br> **Sears** <br> **PO Box 6563** <br> **The Lakes, NV  88901-6563** | | C | 2004 <br> Credit Card | | | | **432.00** |
| Account No. **3505006357151** <br> **TRS Recovery Services INC.** <br> **5251 Westheimer** <br> **Houston, TX  77056** | | C | 2004 <br> Collection account, NSF Check <br> Hot Topic | | | | **113.00** |
| Account No. **576-3124970** <br> **Wells Fargo** <br> **PO Box 6995** <br> **Portland, OR  97228-6995** | | C | 2004 <br> Overdrawn | | | | **2,000.00** |
| Account No. | | | | | | | |

Sheet _____**3**_____ of _____**3**_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **8,932.00**

(Complete only on last sheet of Schedule F) **TOTAL** **58,336.00**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only